No. 771.  ZOE AGNES SEMPLE ET AL., EXECUTORS, ETC., PETITIONERS, *v.* LEWIS CONSTRUCTION COMPANY.   November 28, 1910.   Petition for a writ of certiorari to the

United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Twyman O. Abbott* for petitioners. No appearance for respondent.